

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Babcorp 200, Ltd., Appellant

No. 06-25-00006-CV            v.

City of Grand Prairie, Texas, Victoria Hess, and Jeff Ricci, Appellees

Appeal from the 342nd District Court of Tarrant County, Texas (Tr. Ct. No. 342-338185-22).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and render judgment that Babcorp is entitled to relief on its equitable estoppel claim.

We further order that the appellees, City of Grand Prairie, Texas, Victoria Hess, and Jeff Ricci, pay all costs of this appeal.

RENDERED NOVEMBER 25, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk